Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Jeanette Krysiak                                                            Docket No. 00-00012-001 Erie

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jeanette Krysiak, who was placed on supervision by the Honorable Sean J. McLaughlin sitting in the Court at Erie, Pennsylvania, on the 16th day of May 2000, who fixed the period of supervision at 5 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another Federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall pay any financial penalty that remains unpaid at the commencement of the term of supervised release.
- The defendant shall not possess a firearm of destructive device.
- The restitution shall be paid in monthly installments of 10 percent of her mostly gross income to commence 30 days after the date of her release from imprisonment.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.
- The defendant shall make restitution to CUNA Mutual Group of Madison, Wisconsin, in the amount of $239,950.10.
- The defendant shall pay a special assessment of $100.

05-16-00: Embezzlement; 20 months' imprisonment, 5 years' supervised release.
12-28-01: Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that Ms. Krysiak made monthly payments to the best of her ability consisting of 65 payments totaling $10,916.10. The defendant maintained employment throughout most all of her supervision.

As of this writing, a balance of $229.034 is owed in this case. Ms. Krysiak does not have the ability to pay the balance of restitution in full prior to the expiration of her term of supervised release on December 27, 2006. Therefore, it is respectfully recommended that the case be allowed to close with money owing.

U.S.A. vs. Jeanette Krysiak
Docket No. 00-00012-001 Erie
Page 2


**PRAYING THAT THE COURT WILL ORDER** that the term of supervised release imposed at Criminal No. 00-00012-001 Erie be allowed to expire as scheduled with the restitution due and owing and the case be closed.

|  |  |
|---|---|
| | I declare under penalty of perjury that the foregoing is true and correct. |
| ORDER OF COURT | Executed on _____11-29-06_____ |
| Considered and ordered this _____ day of _____ , 20 ____ and ordered filed and made a part of the records in the above case. | _____/s/ Matthew L. Rea_____<br>Matthew L. Rea<br>U.S. Probation Officer |
| _____<br>U.S. District Judge | _____/s/ Gerald R. Buban_____<br>Gerald R. Buban<br>Supervising U.S. Probation Officer |
| | Place:    Erie, PA |